JS-6

WHITE O'CONNOR FINK & BRENNER LLP
David E. Fink (STATE BAR NO. 169212)
Tami Kameda (STATE BAR NO. 245628)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
dfink@whiteo.com
tkameda@whiteo.com

Attorneys for Defendants Country Music Television, Inc., MTV, Inc., Viacom Inc. and Spike TV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RAYMOND GARY SCHREIBER, an individual, residing in the State of Ohio,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY MUSIC TELEVISION, INC., a Tennessee corporation; MTV, INC. a California corporation; VIACOM INC., a New York corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 08-0397 VBF (CTx)<br><br>**Honorable Valerie Baker Fairbank**<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>*Joint Stipulation of Dismissal filed concurrently herewith*<br><br>Trial Date:         None Set |

///

///

///

263541.1.doc

[PROPOSED] ORDER

1  TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Having reviewed the Joint Stipulation between Plaintiff Raymond Gary
3  Schreiber ("Plaintiff") and Defendants Country Music Television, Inc., MTV, Inc.,
4  Viacom Inc. and Spike TV (collectively, "Defendants"), whereby the parties by and
5  through their counsel, requested that the above-captioned action be dismissed,
6  without prejudice, IT IS HEREBY ORDERED:

7      The above-captioned action is hereby dismissed without prejudice, pursuant
8  to Federal Rules of Civil Procedure, Rule 41(a)(2).

9  IT IS SO ORDERED.

10  DATED: March 8, 2011

*/s/ Valerie Baker Fairbank*

The Honorable Valerie Baker Fairbank
United States District Court Judge

263541.1.doc

1

[PROPOSED] ORDER